NO. 6929-7360. (Consolidated)      STATE OF LOUISIANA

MRS. J. H. ELLIOTT
                                   COURT OF APPEAL
        VS

SOPHIE WEINSTOCK.                  PARISH OF ORLEANS.
-------------------------------------------------------------------

          O N   A P P L I C A T I O N   F O R   R E H E A R I N G.

Per Curiam;

        On the merits we have nothing to add to our original opinion.

        As to the point made that this court cannot hear appeals from
District Courts unless all three judges serve at the hearing, we refer

        1. To the uniform practice of this court since its organization
in 1898.

        2.  To the following Articles of the Constitution of 1898, to wit,
Original Article 102, and Articles 99 and 100 (last paragraph) as
amended under Act 137 of 1906.

        3.  To Article 102 of the Constitution of 1913, particularly
the last paragraph (not#ing especially the word serve).

                              Rehearing Refused.